614

454 A.2d 166

Commonwealth v. Lark, Appellant.

Submitted June 2, 1982. Warren R. Hamilton, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.

454 A.2d 166

Commonwealth v. McMullen, Sr., Appellant.

Submitted September 21, 1982. Richard F. Maffett, Jr., Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.